**Motion to withdraw granted, appeal reinstated, motion for extension granted, and Order filed March 3, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00572-CR**

———————

**DEVONTE BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1654365**

## ORDER

Before the court is the motion of appellant's counsel, Andrew J. Smith, to withdraw from this case. We abated this case on February 3, 2022 to allow the trial court to consider counsel's request to withdraw. A supplemental clerk's record has been filed which indicates the trial court granted Andrew J. Smith's request to withdraw and appointed Aimee Bolletino as new appellate counsel for appellant. Accordingly, we reinstate the appeal and grant Andrew J. Smith's motion to

withdraw from his representation on this appeal. Aimee Bolletino shall proceed as counsel for appellant in this appeal.

Also before the court is appellant's motion to extend time to file a brief. Construing the motion as a request for an additional 30 days from the day the appeal was reinstated, the motion is granted. Appellant shall file his brief in this case within 30 days from the date of this order.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.